# United States Court of Appeals for the Sixth Circuit
### CASE NO. 21-6028

PLEASANT VIEW BAPTIST CHURCH; PLEASANT VIEW BAPTIST SCHOOL; PASTOR DALE MASSENGALE; VERITAS CHRISTIAN ACADEMY; MARYVILLE BAPTIST CHURCH; MICAH CHRISTIAN SCHOOL; PASTOR JACK ROBERTS; MAYFIELD CREEK BAPTIST CHURCH; MAYFIELD CREEK CHRISTIAN SCHOOL; PASTOR TERRY NORRIS; FAITH BAPTIST CHURCH; FAITH BAPTIST ACADEMY; PASTOR TOM OTTO; WESLEY DETERS and MITCH DETERS, on behalf of themselves and their minor children MD, WD, and SD; CENTRAL BAPTIST CHURCH; CENTRAL BAPTIST ACADEMY; PASTOR MARK EATON; CORNERSTONE CHRISTIAN SCHOOL; CORNERSTONE CHRISTIAN CHURCH; JOHN MILLER, on behalf of himself and his minor children BM, EM, and HM

Plaintiffs/Appellants

v.

ANDREW G. BESHEAR, in his individual capacity

Defendant/Appellee

### PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Plaintiffs, through Counsel, move this Court for an order permitting them an additional 14 days to file a petition for rehearing/petition for rehearing *en banc*, to September 11, 2023. Pursuant to FRAP 35(d) and FRAP 40, that time is ordinarily within 14 days of the entry of the opinion, which would make the deadline August 28, 2023. The undersigned counsel state that this request is due solely to the press of other business, which includes: (i) a reply brief due in this court in another

matter in early September; (ii) more pressingly, a response to a petition for certiorari in the United States Supreme Court and is being drafted and due in early September; and (iii) a petition for certiorari that is due in the United States Supreme Court and is being drafted and also due in September.  Moreover, a petition for *en banc* review and re-hearing is a serious matter, requiring careful preparation.

Respectfully submitted,

/s/Christopher Wiest_____
Christopher Wiest (KY 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel:   513/257-1895
chris@cwiestlaw.com

Thomas B. Bruns (KY 84985)
Bruns Connell Vollmar & Armstrong, LLC
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45241
Tel.:   513/312-9890
tbruns@bcvalaw.com
*Attorneys for Plaintiffs/Appellants*

**CERTIFICATE OF SERVICE**

I have served the foregoing upon the Defendants/Appellees, through service of this Motion via CM/ECF, this 18 day of August, 2023.

/s/Christopher Wiest_____
Christopher Wiest (KY 90725)

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g) and 6th Cir. R. 32(a), I certify that this Motion Brief contains 154 words. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Times New Roman font using Microsoft Word.

/s/ Christopher Wiest_____