## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 22, 2023

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Re: Case No. 21-6028, *Pleasant View Baptist Church, et al v. Andy Beshear*
Originating Case No.: 2:20-cv-00166

Dear Mr. Wiest,

The court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Monday, **September 11, 2023**.

No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Thomas Bernard Bruns
    Mr. Steven Travis Mayo
    Mr. Taylor Payne